IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM JOSEPH LAKE,
    Plaintiff,

vs.                                      Case No: 3:05cv391/LAC/EMT

FAMILY LAW DIVISION, et al.,
    Defendants.

___

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 13, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed.

      Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  This action is **DISMISSED** for lack of jurisdiction.

      **DONE AND ORDERED** this 12th day of January, 2006.


                                                s/_L.A. Collier_
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**